UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMILLA D. STEPHENS, | Case No. 2:12-cv-01224-MMD-CWH |
| Plaintiff, | ORDER |
| v. | (Notice of Voluntary Dismissal – dkt. no. 27) |
| PLUSFOUR, INC., a Nevada Corporation, | |
| Defendant. | |

Before the Court is Plaintiff Jamilla Stephens' Notice of Voluntary Dismissal. (Dkt. no. 27.) Fed. R. Civ. P. 41(a)(1)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Here, Defendant Plusfour, Inc. filed and served an Answer to the Complaint and to the Amended Complaint. (Dkt. nos. 2 and 12.) Plaintiff must therefore obtain a stipulation of dismissal signed by all parties in order to voluntarily dismiss this case under Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff must file this stipulation within fifteen (15) days of this Order. Alternatively, Plaintiff may file a motion seeking dismissal.

ENTERED THIS 29th day of March, 2013.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE