1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9    JAMILLA D. STEPHENS,                    Case No. 2:12-cv-01224-MMD-CWH
10                          Plaintiff,             ORDER DISMISSING CASE
11         v.
12   PLUSFOUR, INC., a Nevada Corporation,
13                          Defendant.
14
15         There are several pending motions in this case.  Plaintiff previously filed a Notice
16   of Voluntary Dismissal.  (Dkt. no. 27.)  However, because Plaintiff filed the Notice after
17   Defendant filed an Answer to the Complaint, the proper route for dismissing this action
18   was to file a stipulation of dismissal signed by all parties or a motion seeking dismissal.
19   The Court informed Plaintiff of this defect, and instructed Plaintiff to file a stipulation of
20   dismissal within fifteen (15) days of its Order.  (Dkt. no. 28.)  Plaintiff did not comply.  It is
21   clear to the Court that Plaintiff is not diligently pursuing this action.
22         Accordingly, GOOD CAUSE APPEARING, this case is DISMISSED.  The Clerk of
23   the Court is ordered to close this case.
24         ENTERED THIS 19th day of April 2013.
25
26                                         _____
27                                         MIRANDA M. DU
                                           UNITED STATES DISTRICT JUDGE
28