1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9

JAMILLA D. STEPHENS,

Case No. 2:12-cv-01224-MMD-CWH

10

Plaintiff,

ORDER DISMISSING CASE

11

v.

12

PLUSFOUR, INC., a Nevada Corporation,

13

Defendant.

14

15      There are several pending motions in this case.  Plaintiff previously filed a Notice

16  of Voluntary Dismissal.  (Dkt. no. 27.)  However, because Plaintiff filed the Notice after

17  Defendant filed an Answer to the Complaint, the proper route for dismissing this action

18  was to file a stipulation of dismissal signed by all parties or a motion seeking dismissal.

19  The Court informed Plaintiff of this defect, and instructed Plaintiff to file a stipulation of

20  dismissal within fifteen (15) days of its Order.  (Dkt. no. 28.)  Plaintiff did not comply.  It is

21  clear to the Court that Plaintiff is not diligently pursuing this action.

22      Accordingly, GOOD CAUSE APPEARING, this case is DISMISSED.  The Clerk of

23  the Court is ordered to close this case.

24      ENTERED THIS 19th day of April 2013.

25
26
27

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

28